No. 99–5666. THOMAS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5668. TAYLOR *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 99–5669. SALEEM *v.* UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT. C. A. 6th Cir. Certiorari denied.

No. 99–5671. BROESKE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–5672. BARBEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5673. TIFFANY *v.* ROEDER, SHERIFF, GREENE COUNTY, IOWA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–5675. JOSEPH *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 99–5677. LEWITZKE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–5678. MASON *v.* CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–5679. LEESE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–5682. MACK *v.* UNITED STATES POSTAL SERVICE. C. A. 2d Cir. Certiorari denied.

No. 99–5683. ROBINSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5684. SCHULTE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5688. GRIGGER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 99–5691. FREEMAN *v.* COWAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–5694. HOBBS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.